# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

CHARLES ALDRIDGE, SR,

    Petitioner,

v.                                              CASE NO. 1:13-cv-00206-MP-GRJ

MICHAEL CREWS, SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondents.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 5, 2016. (Doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Clerk is directed to enter judgment stating that the Petition for Writ of Habeas Corpus is denied, and a certificate of appealability is denied.

**DONE AND ORDERED** this *29th* day of December, 2016

                                          *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge